## INVISIBLE FENCE, INC., Plaintiff–Appellant,

v.

## PERIMETER TECHNOLOGIES, INC., Defendant–Cross Appellant.

Nos. 2007–1318, 2007–1319.

United States Court of Appeals, Federal Circuit.

Jan. 8, 2008.

---

Larry L. Barnard, Carson Boxberger LLP, of Fort Wayne, IN, argued for plaintiff-appellant. With him on the brief was Jon A. Bragalone.

Gregory F. Ahrens, Wood, Herron & Evans, L.L.P., of Cincinnati, OH, argued for defendant-cross appellant. With him on the brief was John P. Davis.

LOURIE, BRYSON, and MOORE, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.